```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

STEVEN W. COMPTON,

    Plaintiff,

v.                                     Civil Action No. 2:16-cv-09298

SGT. TRAVIS BERRY, individually
and in his official capacity;
TROOPER JOSEPH M. COMER,
individually and in his official
capacity; and TROOPER BRADLEY
LOWE, individually and in his
official capacity,

    Defendants.

## JUDGMENT ORDER

In accordance with the jury verdict rendered in the above-styled action on December 13, 2018, it is ORDERED and ADJUDGED that the plaintiff, Steven W. Compton, take nothing against the three state trooper defendants in this action – Sgt. Travis Berry, Trooper (now Corporal) Joseph M. Comer, and Trooper (now Corporal) Bradley Lowe -- and that judgment be, and it hereby is, entered in favor of those three defendants and against the plaintiff.

It is further ORDERED that this action be, and it hereby is, stricken from the docket.

The Clerk is directed to forward copies of this judgment order to all counsel of record and any unrepresented parties.

DATED: December 13, 2018

_____
John T. Copenhaver, Jr.
Senior United States District Judge